# Exhibit 2

**(a)   MyfatBOSS 6 Pack – 63oz**



Sponsored ⓘ

Pet Supplies › Cats › Feeding & Watering Supplies › Fountains



Roll over image to zoom in

     

## MyfatBOSS Cat Water Fountain Filter, Cat Fountain Filter Replacement, 6 Pack Water Fountain Filters for 63 oz cat water fountain Pet Water Fountain

Visit the MyfatBOSS Store

4.3 ★★★★☆  137 ratings

$9.99 ($1.67 / Count)

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ⌄

Get $80 off instantly: Pay **$0.00** ~~$9.99~~ upon approval for the Amazon Store Card. No annual fee.

Pattern Name: **6 pack**

| 10 pack $15.99 ($1.60 / Count) | 16 pack $22.19 ($1.39 / Count) | 6 pack $9.99 ($1.67 / Count) |
|---|---|---|

- 🐱 HEIGHT ADAPTATION: This pet water fountain filter is only compatible with 63oz/1.85L cat water fountain, SOLO PURE DRINK Cat Water Fountain, please note the size and shape of the filter to place your order.
- 🐱 TRIPLE PROTECTION: This pet fountain filter replacement uses double filtration. The high-density cotton layer filters out hair and other debris, and the activated carbon, coconut shell, and ion exchange resin will help you filter out most impurities and heavy metals while removing odors, making every drop of water cleaner and healthier.
- 🐱 Pack of 6 FILTERS: You will receive 10 individually sealed packages of water filters for cat water fountain, enough to meet the needs of your replacement.
- 🐱 NOTE: Soaking the pet fountain filter in water for 10 minutes and rinsing with running water before use will help prevent the surface dust from falling into the water, and to ensure long-term healthy water quality, please replace the filter in 4 weeks.
- 🐱 GOOD SERVICE: If you have any questions please contact us in time, we will do our best to answer your questions and solve your doubts as fast as possible.

### Customer ratings by feature

| Noise level | ★★★★☆ 4.3 |
|---|---|
| Easy to assemble | ★★★★☆ 4.2 |
| Easy to clean | ★★★☆☆ 3.8 |
| Value for money | ★★★☆☆ 3.6 |

See all reviews

**prime**
Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime
Try Prime and start saving today with fast, free delivery

$9.99 ($1.67 / Count)

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ⌄

**FREE delivery Sunday, December 17** on orders shipped by Amazon over $35

Or fastest delivery **Saturday, December 16**. Order within 5 hrs 8 mins

**Arrives before Christmas**

Delivering to Nashville 37217 - Update location

**In Stock**

Qty: 1 ⌄

[ Add to Cart ]
[ Buy Now ]

Ships from   Amazon
Sold by      MyfatBOSS
Returns      Returnable until Jan 31, 2024
Payment      Secure transaction

☐ Add a gift receipt for easy returns

[ Add to List ]

Sponsored ⓘ

Sponsored ⓘ

## Buy it with

 +  + 

Total price: **$56.96**

**Add all 3 to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** MyfatBOSS Cat Water Fountain Filter, Cat Fountain Filter Replacement, 6 Pack Water…
$9⁹⁹ ($1.67/Count)

SHEBA PERFECT PORTIONS Paté Adult Wet Cat Food Trays (24 Count, 48 Servings), Signature…
$25⁹⁸ ($1.08/Count)

Dr. Elsey's Premium Clumping Cat Litter - Ultra - 99.9% Dust-Free, Low Tracking, Hard Clumping,…
$20⁹⁹ ($0.03/Fl Oz)

## More from frequently bought brands

Sponsored ⓘ

     

Cat Water Fountain Filters for 84oz/2.5L Stainless Steel Pet Fountain and 67oz…
★★★★½ 794
$8.99 ($2.25/Count)
✓prime
Save 5% with coupon

Cat Water Fountain Filter,6 Pack Pet Water Fountain Filter Replacement…
★★★★½ 30
$11.99 ($11.99/Count)
✓prime

Cat Water Fountain Stainless Steel, KOOGMOON 108oz/3.2L Water Fountain for…
★★★★½ 236
$46.99 ($46.99/Count)
✓prime

PET STANDARD Water Filters, Compatible with Catit® Design Senses, Flower, Senses 2.…
★★★★★ 5
$12.99 ($2.17/Count)
✓prime

PETKIT Upgraded Filter Units 3.0 for Pet Water Fountains Eversweet 2S/3/3 Pro,Evers…
★★★★½ 6,952
$19.99 ($19.99/Count)
✓prime

Upgraded Filter for PET Cat Water Fountains E vers 2S/3/3 Pro,E ve…
★★★★½ 19
$21.99 ($21.9…
✓prime

## 4 stars and above

Sponsored ⓘ

    

Comsmart Cat Water Fountain Filter for 81oz/2.4L Pet Fountain, 3 Triple Filtration …
★★★★½ 6,776
$9.99 ✓prime

ITidyHome 12 Pack Cat Water Fountain Filters of Pet Fountain Replacement Filter, fo…
★★★★½ 2,045
$12.99 ($1.62/Count)
✓prime

Cat Fountain Filter Replacement, 4, 8, 16 Pack Triple High-Efficiency Filtration Sy…
★★★★½ 654
$7.99 ✓prime

DEEIPET 8 Packs Replacement Filters & 8 Packs Sponges, Food Grade Replacement…
★★★★½ 368
$17.99 ✓prime

PETKIT Upgraded Filter Units 3.0 for Pet Water Fountains Eversweet 2S/3/3 Pro,Evers…
★★★★½ 6,952
$19.99 ($19.99/Count)
✓prime

RBAYSALE Cat W Fountain Filter, Replacement Fil 84oz/2.5L Auto…
★★★★½ 8,3
$9.29 ✓prime

## From the brand

12/12/23, 6:54 PM    Amazon.com: MyfatBOSS Cat Water Fountain Filter, Cat Fountain Filter Replacement, 6 Pack Water Fountain Filters for 63 oz c...

Case 1:24-cv-01563-Document #: 1-2 Filed 02/26/24 Page 5 of 48 PageID #:25

MyfatBOSS is a brand that focused exclusively on the Healthier Simpler Lifestyle of Pets.

We are devoted to satisfying the unique needs of your pets. Our affection for pets leads us to provide you with high-quality and cost-effective products, try hard to deliver a convenient lifestyle, and help your pets have a better life.

**Value Pack filters fo**

Visit the Store

## Compare with similar items

| | **This item** MyfatBOSS Cat Water Fountain Filter, Cat Fountain Filter Replacement, 6 Pack Water Fountain Filters for 63 oz cat water fountain Pet Water Fountain | RBAYSALE Cat Water Fountain Filter, 10 Pack Replacement Filters for 84oz/2.5L Automatic Pet Fountain Cat Water Fountain Dog Water Dispenser, 3 Triple Filtration System | PETKIT EVERSWEET Solo 2 Wireless Pump Dog Cat Water Fountain,App Control,Ultra Quiet, 3 Working Modes,Visualization Window, Water Dispenser-2L | Cat Water Fountain, Pet Water Fountain 101oz/3L Dog Cat Water Dispenser, Smart Pump with LED Light,Ultra Quiet Automatic Cat Drinking Fountains with 2 Filters,3 Water Flow Settings |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ★★★★½ (137) | ★★★★½ (8348) | ★★★★½ (355) | ★★★★½ (6492) |
| **Price** | $9⁹⁹ $999 | $9²⁹ | $39⁹⁹ | $21⁶⁹ |
| **Shipping** | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping. Details | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime |
| **Sold By** | MyfatBOSS | RBAYSALE | PETKIT-US | JM brand |

## Product Description

This pet water fountain filter is only compatible with 63oz/1.85L cat water fountain, SOLO PURE DRINK Cat Water Fountain, please note the size and shape of the filter to place your order. This pet fountain filter replacement uses double filtration. The high-density cotton layer filters out hair and other debris, and the activated carbon, coconut shell, and ion exchange resin will help you filter out most impurities and heavy metals while removing odors, making every drop of water cleaner and healthier.

## Product information

| Product Dimensions | 5.31 x 5.31 x 0.47 inches |
|---|---|
| Item Weight | 8.8 ounces |
| Manufacturer | MyfatBOSS |
| ASIN | B0C28DH9H1 |
| Country of Origin | China |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

12/12/23, 6:54 PM                    Amazon.com: Water Fountain Filter, Pet Fountain Filter Replacement Filters for 63 oz c...

Case 1:24-cv-01563 Document #: 1-2 Filed: 02/26/24 Page 6 of 48 PageID #:26

| Item model number | P1601F |
|---|---|
| Customer Reviews | 4.3 ★★★★☆ ⌄  137 ratings<br>4.3 out of 5 stars |
| Best Sellers Rank | #35,575 in Pet Supplies (See Top 100 in Pet Supplies)<br>#481 in Cat Fountains |
| Date First Available | June 5, 2023 |

## Inspiration from this brand

 **MyfatBOSS**
Visit the Store on Amazon        [ + Follow ]









This dog water filter replacement is suitable for DF10 and DF30 dog w...

wopet replacement filters for pet fountain

🐱🐾How to offer high-quality lives for your fur babies? --- From Myfa...

10 pack Fish tank filters fits for aquarium filters 30-60 gallon ,20-

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

## Important information

To report an issue with this product, click here.

## Products related to this item

Sponsored ⓘ













**Uspeedy Cat Water Fountain Filter, 8 Pack Pet Fountain Replacement Filters...**
★★★★★ 2
**$12.99** ($0.54/Count)
✓prime

**Pet Water Fountain, Cat/Dog Water Fountain with 2.5L Large Capacity, Pet Water Disp...**
★★★★☆ 10
**$34.99** ($34.99/Count)
✓prime

**Lxiyu 16 pack Pet Fountain Filter Cat and Dog Fountain Replacement Filters,...**
★★★★☆ 763
**$16.99** ✓prime

**Intpro Cat Water Fountain Filter Replacement 16 Pack Automatic Flower...**
★★★★☆ 750
**$16.99** ($1.06/Count)
✓prime

**PETKIT Upgraded Filter Units 3.0 for Pet Water Fountains Eversweet 2S/3/3 Pro,Evers...**
★★★★☆ 6,952
**$19.99** ($19.99/Count)
✓prime

**Upgraded Filter for PET Cat Wat Fountains E vers 2S/3/3 Pro,E ve**
★★★★☆ 19
**$21.99** ($21.9
✓prime



*Sponsored ⓘ*

## Similar brands on Amazon

*Sponsored ⓘ*

PETLIBRO
Shop the Store on Amazon ›



PETLIBRO App Monitoring Cat Water Fountain with Wireless Pump, 2.5L/84o…
⭐ 844
$63.99 List: $79.99
**20% off**  Deal

Kittyspout
Shop the Store on Amazon ›



Kitty Spout Cat Water Fountain,108oz/3.2L Stainless Steel Cat…
⭐ 41
$39.99

HAPUP
Shop the Store on Amazon ›



Cat Water Fo
Dispenser 61
⭐
$25.99

---

## Looking for specific info?

## Customer reviews

⭐⭐⭐⭐½  4.3 out of 5

137 global ratings

| | | |
|---|---|---|
| 5 star | | 64% |
| 4 star | | 19% |
| 3 star | | 7% |
| 2 star | | 6% |
| 1 star | | 4% |

˅ How customer reviews and ratings work

### Reviews with images

See all photos ›

   

[ Top reviews ⌄ ]

### Top reviews from the United States

◯ AnderfelsWarden

⭐⭐⭐⭐⭐  **Excellent value**

Reviewed in the United States on August 13, 2023
Pattern Name: 6 pack | Verified Purchase

So I have these in my little petkit fountain. The only difference in this and "original" filters is a hard plastic backing vent thing. I have to say my fountain works BETTER with these filters because there is no hard plastic backing vent thing.

I will keep buying these for my doggo's fountain.

Sponsored ⓘ

3 people found this helpful

Helpful | Report

Lindsey Paul

★★★★★ **Great replacement**
Reviewed in the United States on December 3, 2023
Pattern Name: 10 pack | Verified Purchase

I like this doesn't have the plastic part which is just an added waste. Great replacement filter for the Solo water fountain.

Helpful | Report

lemalf

★★★★☆ **Works well. Not purse proof.**
Reviewed in the United States on November 6, 2023
Pattern Name: 16 pack | Verified Purchase

I love this fan. I wish someone would make a hard case for them so I can carry in a bag or purse to be handy when I need it.

Helpful | Report

Diana M. Mullins

★★★★★ **Filteers work great**
Reviewed in the United States on October 31, 2023
Pattern Name: 10 pack | Verified Purchase

We have 2 cats and 1 dog and this works great for all of them.

Helpful | Report

Susan Collins

★★★★★ **Keeps my dog better hydrated**
Reviewed in the United States on January 4, 2023
Pattern Name: 10 pack | Verified Purchase

I like that the water goes through a filter and there is a "reminder" light that reminds you to change these filters every two weeks. Oops, changed into the fountain review. The filters seem to work great. They aren't identical to the ones I used before since they don't have a hard slotted plastic back, but work just fine and fit well.

Helpful | Report

Pam Darby

★★★★★ **They are generic BM but work grest**
Reviewed in the United States on August 22, 2023
Pattern Name: 6 pack | Verified Purchase

They work great and last for weeks

Helpful | Report

Mt

★★★☆☆ **Not enough filtering material**
Reviewed in the United States on July 5, 2023
Pattern Name: 6 pack | Verified Purchase

As seen on the picture there's much less filtering material compared to original. You should still use already filtered or bottled water since these filters will only filter large particles and hair.

9 people found this helpful

Helpful | Report

Diamond  VINE VOICE

12/12/23, 6:54 PM
Case 1:24-cv-01562-Document #: 1-2 Filed: 02/26/24 Page 9 of 48 PageID #:29
Amazon.com: MyfatBOSS Water Fountain Filter Replacement for 4.5L Cat Water Fountain Filters for 63 oz c...

★★★★☆ **They fit my non-"MyfatBOSS" cat fountain.**

Reviewed in the United States on November 22, 2022

Pattern Name: 10 pack | **Vine Customer Review of Free Product** ( What's this? )

+ They are easy to install.

+ They come just as advertised.

+ They're not a perfect fit in my Liiey cat fountain, but I'm using them anyway because they're really close and I couldn't find any others that were even close to the same size.

~~~RATING SYSTEM~~~

LEGEND

+ | These are positive comments about the product.

- | These are negative comments about the product.

= | These are neutral comments about the product.

U | Updated information based on continued usage.

-----

⌄ **Read more**

| Helpful | | Report |

--------

**See more reviews ›**



Sponsored ⓘ

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Start Selling with Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

Case: 4:24-cv-00568 Document #: 1-2 Filed: 02/26/24 Page 10 of 48 PageID #:30



**(b)   MyfatBOSS 10 Pack**

Case: 4:24-cv-00568 Document #: 1-2 Filed: 02/26/24 Page 12 of 48 PageID #:32





Roll over image to zoom in

        

VIDEO



## MyfatBOSS Cat Fountain Filters, 10 Pack Pet Fountain Filters, Pet Fountain Filter Replacement, Cat Water Filter Replacement for Pet Water Fountain

Visit the MyfatBOSS Store

4.3 ★★★★☆    137 ratings

**Amazon's Choice** in Cat Fountains by MyfatBOSS

100+ bought in past month

$15.99 ($1.60 / Count)

Get Fast, Free Shipping with **Amazon Prime**

FREE Returns ⌄

Get $80 off instantly: Pay $0.00 $15.99 upon approval for the Amazon Store Card. No annual fee.

Pattern Name: **10 pack**

| 10 pack | 16 pack | 6 pack |
|---------|---------|--------|
| $15.99 | $22.19 | $9.99 |
| ($1.60 / Count) | ($1.39 / Count) | ($1.67 / Count) |

| | |
|---|---|
| **Material** | Activated Carbon,Coconut Shell,Cotton,Resin |
| **Item Weight** | 0.34 Kilograms |
| **Brand** | MyfatBOSS |

### About this item

- 🐱PERFECT MATCHING: This cat water fountain filter is only compatible with 63oz/1.85L cat water fountain, please note the size and shape of the filter to place your order.

- 🐱EFFICIENT PROTECTION: This pet water fountain filter uses double filtration. The high-density cotton layer filters out hair and other debris, and the activated carbon, coconut shell, and ion exchange resin will help you filter out most impurities and heavy metals while removing odors, making every drop of water cleaner and healthier.

- 🐱ADEQUATE QUANTITY: You will receive 10 individually sealed packages of filters for cat water fountain, enough to meet the needs of your replacement.

- 🐱NOTE: Soaking the pet fountain filter in water for 10 minutes and rinsing with running water before use will help prevent the surface dust from falling into the water, and to ensure long-term healthy water quality, please replace the filter in 4 weeks.

- 🐱GOOD SERVICE: If you have any questions please contact us in time, we will do our best to answer your questions and solve your doubts as fast as possible.

### Customer ratings by feature

| | | |
|---|---|---|
| Noise level | ★★★★☆ | 4.3 |
| Easy to assemble | ★★★★☆ | 4.2 |

---

**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime

Try Prime and start saving today with fast, free delivery

Delivery | Pickup

$15.99 ($1.60 / Count)

Get **Fast, Free Shipping** with **Amazon Prime**

FREE Returns ⌄

**FREE delivery Sunday, December 17** on orders shipped by Amazon over $35

Or fastest delivery **Saturday, December 16.** Order within 5 hrs 2 mins

**Arrives before Christmas**

📍 Delivering to Naperville 60565 - Update location

**In Stock**

Qty: 1 ⌄

[ Add to Cart ]

[ Buy Now ]

| | |
|---|---|
| Ships from | Amazon |
| Sold by | MyfatBOSS |
| Returns | Returnable until Jan 31, 2024 |
| Payment | Secure transaction |

⌄ See more

☐ Add a gift receipt for easy returns

[ Add to List ]

Case: 4:24-cv-00568 Document #: 1-2 Filed: 02/26/24 Page 13 of 48 PageID #:33



Easy to clean      ★★★☆☆   3.8

Value for money      ★★★☆☆   3.6

See all reviews

Sponsored ⓘ

Sponsored ⓘ

## Frequently bought together

 +  + 

Total price: **$53.93**

[ Add all 3 to Cart ]

ⓘ These items are shipped from and sold by different sellers. **Show details**

**This item:** MyfatBOSS Cat Fountain Filters, 10 Pack Pet Fountain Filters, Pet Fountain...
$15⁹⁹ ($1.60/Count)

PETKIT New Cat Water Fountain with Wireless Pump, Ultra Quiet 65oz/1.85L Pet Water Fountain...
$23⁹⁵

PETKIT Replaced Foam Filters for Eversweet 3 Pro/Solo 2/Solo SE Wireless Pump Pet Water...
$13⁹⁹

## Deals on related products



Sponsored ⓘ

PETKIT Eversweet 3 Cat Dog Stainless Steel Water Fountain, Automatic Pet Water...
★★★★☆ 2,518
[Top Deal]
$47.99
List: $59.99 (20% off)



Sponsored ⓘ

PETKIT New Cat Water Fountain with Wireless Pump, Ultra Quiet 65oz/1.85L Pet Water ...
★★★★☆ 12,349
[Top Deal]
$23.95
List: $29.99 (20% off)



Sponsored ⓘ

PETKIT Stainless Steel Cat Water Fountain with Wireless Pump, Dog Cat Water Fountai...
★★★★☆ 1,323
[Top Deal]
$52.99
List: $69.99 (24% off)



Sponsored ⓘ

Comsmart Pet Fountain Filter Set, 8 Pack 3 Triple Filtration System Replacement Cat...
★★★★☆ 7,109
[Limited time deal]
$9.99
List: $15.99 (38% off)



Sponsored ⓘ

PETKIT EVERSWEET Solo 2 Wireless Pump Dog Cat Water Fountain,App Control,Ultra Quie...
★★★★☆ 355
[Top Deal]
$39.99
List: $49.99 (20% off)



Sponsored ⓘ

UIOOQ Cat Wat Fountain, Pet W Fountain with U Silent Pump, Ac...
★★★★☆ 1,
[Limited time deal]
$19.99 ($19.9
List: $29.99 (33%

## 4 stars and above

Sponsored ⓘ



MyfatBOSS Cat Fountain Filters, 8 Pack Cat Filters for Water Fountain, Pet Water Fo...
★★★★☆ 277
$13.99 ✓prime



24 PCS Cat Water Fountain Filter Compatible with Stainless Steel...
★★★★☆ 107
$16.99 ($0.71/Count)
✓prime



Cat Fountain Filter Replacement, 4, 8, 16 Pack Triple High-Efficiency Filtration Sy...
★★★★☆ 654
$7.99 ✓prime



DEEIPET 8 Packs Replacement Filters & 8 Packs Sponges, Food Grade Replacement...
★★★★☆ 368
$17.99 ✓prime



PETKIT Upgraded Filter Units 3.0 for Pet Water Fountains Eversweet 2S/3/3 Pro,Evers...
★★★★☆ 6,952
$19.99 ($19.99/Count)
✓prime



PETKIT New Cat Fountain with W Pump, Ultra Qu 65oz/1.85L Pet...
★★★★☆ 12
[Top Deal]
$23.95 ✓prim
List: $29.99 (20%

## From the brand

MyfatBOSS is a brand that focused exclusively on the Healthier Simpler Lifestyle of Pets.

We are devoted to satisfying the unique needs of your pets. Our affection for pets leads us to provide you with high-quality and cost-effective products, try hard to deliver a convenient lifestyle, and help your pets have a better life.

**Value Pack filters fo**

Visit the Store

## Product Description

12/12/23, 6:58 PM Amazon.com: MyfatBOSS Cat Fountain Filters, 10 Pack Replacement Filters, Pet Fountain Filter Replacement, Cat Water Filter …

Case: 4:24-cv-00568 Document #: 1-2 Filed: 02/26/24 Page 15 of 48 PageID #:35



| | Pet Fountain Filter Replacement | Cat Water Fountain Filters | Carbon Replacement Filter | Cat Fountain Filter Replacement | Filter for Cat Water Fountain |
|---|---|---|---|---|---|
| Fit for | 2L/68oz water fountain | 101oz/3L Pet Water Fountain | 70oz/2L Cat Water Fountain | 108oz/3.2L automatic pet water dispenser | 61oz/1.8L cat fountain and 74oz/2.2L cat water fountain |
| Number of Packages | 16 PACK | 12 PACK | 12 PACK | 10+10 PACK | 8 PACK |
| Brand | MyfatBOSS | MyfatBOSS | MyfatBOSS | MyfatBOSS | MyfatBOSS |

## Compare with similar items

| | This item MyfatBOSS Cat Fountain Filters, 10 Pack Pet Fountain Filters, Pet Fountain Filter Replacement, Cat Water Filter Replacement for Pet Water Fountain | RBAYSALE Cat Water Fountain Filter, 10 Pack Replacement Filters for 84oz/2.5L Automatic Pet Fountain Cat Water Fountain Dog Water Dispenser, 3 Triple Filtration System | PETKIT EVERSWEET Solo 2 Wireless Pump Dog Cat Water Fountain,App Control,Ultra Quiet, 3 Working Modes,Visualization Window, Water Dispenser-2L | Replacement Filters for Pet Water Fountain - Activated Carbon Filters for Cats and Dogs Automatic Water Dispenser (16 Pack) |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ★★★★☆ (137) | ★★★★☆ (8348) | ★★★★☆ (355) | ★★★★☆ (395) |
| **Price** | $15⁹⁹ | $9²⁹ | $39⁹⁹ | $19⁹⁹ |
| **Shipping** | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping. Details | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime |
| **Sold By** | MyfatBOSS | RBAYSALE | PETKIT-US | All xin |
| **Color** | White | White | White | White |

## Product information

| Package Dimensions | 11.06 x 6.14 x 2.2 inches |
|---|---|
| Item Weight | 12 ounces |
| Manufacturer | MyfatBOSS |
| ASIN | B0B56GDNHD |
| Country of Origin | China |
| Item model number | 2022627-10 |
| Customer Reviews | 4.3 ★★★★☆ ⌄   137 ratings |
| | 4.3 out of 5 stars |
| Best Sellers Rank | #35,575 in Pet Supplies (See Top 100 in Pet Supplies) |
| | #481 in Cat Fountains |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

Case: 4:24-cv-01568 Document #: 1-2 Filed: 02/26/24 Page 16 of 49 PageID #:36

| Date First Available | August 19, 2022 |
|---|---|

---

### Inspiration from this brand

 **MyfatBOSS**
Visit the Store on Amazon    [ + Follow ]

   

| MyfatBOSS Cat Water Fountain Filter give your fur babies cleaner | Cat Water dispenser with excellent filtering effect #petmate water filt... | MyfatBOSS Cat Water Fountain Filter give your fur babies cleaner | 10 pack Fish tank filters fits for aquarium filters 30-60 gallon ,20-... |

---

## Videos

### Videos for this product


1:17
**Pretty good .**
kgkme h7xw


1:04
**Customer Review: Works great. No problems with it.**
Rebecca Berry


0:36
**MyfatBOSS 10 Pack Pet Fountain Filters**
MyfatBOSS

[ Upload your video ]

---

## Important information

To report an issue with this product, click here.

---

## Products related to this item

Sponsored ⓘ



ITidyHome 12 Pack Cat Water Fountain Filters of Pet Fountain Replacement Filter, fo...

⭐⭐⭐⭐½ 2,045

$12.99 ($1.62/Count)
✓prime



Geeni Water Fountain Replacement Filter 12 Pack for Automatic Pet Water Fountain Ca...

⭐⭐⭐⭐⭐ 7

$24.90 ✓prime



cat water Filters for PET Fountains Pet Water Fountain Filter Replacement cat water...

⭐⭐⭐⭐½ 39

$14.39 ✓prime



Lxiyu 16 pack Pet Fountain Filter Cat and Dog Fountain Replacement Filters,...

⭐⭐⭐⭐½ 763

$16.99 ✓prime



PETKIT Upgraded Filter Units 3.0 for Pet Water Fountains Eversweet 2S/3/3 Pro,Evers...

⭐⭐⭐⭐½ 6,952

$19.99 ($19.99/Count)
✓prime



PETKIT New Cat Water Fountain with Wireless Pump, Ultra Quiet, 65oz/1.85L Pet...

⭐⭐⭐⭐ 12

**Top Deal**

$23.95 ✓prime

List: ~~$29.99~~ (20%

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ

**SORON**
Shop the Store on Amazon ›



SORON Cat Water Fountain Filters for 67oz/2L and 108/3.2L Stainless Steel P...

⭐⭐⭐⭐⭐ 20
$24.99

**Kittyspout**
Shop the Store on Amazon ›




Kitty Spout Cat Water Fountain,108oz/3.2L Stainless Steel Cat...

⭐⭐⭐⭐⭐ 41
$39.99

**ORSDA**
Shop the Store on Amazon ›



ORSDA Cat Water Steel, 2L Cat

⭐⭐⭐⭐½
$40.49

## Looking for specific info?

## Customer reviews

⭐⭐⭐⭐½ 4.3 out of 5

137 global ratings

| | | |
|---|---|---|
| 5 star | | 64% |
| 4 star | | 19% |
| 3 star | | 7% |

**Reviews with images**

See all photos ›






12/12/23, 6:58 PM                    Amazon.com: Custom Upgrade 6 PCS Fountain Filters 1 Pack for Cat Water Fountain Filters Round Water Replacement Filters for Cat Water Filter …

Case: 4:24-cv-01568 Document #: 1-2 Filed: 02/26/24 Page 18 of 48 PageID #:38

| 2 star | | 6% |
| 1 star | | 4% |

⌄ How customer reviews and ratings work

_____

Sponsored ⓘ

Top reviews ⌄

## Top reviews from the United States

   AnderfelsWarden

⭐⭐⭐⭐⭐ **Excellent value**

Reviewed in the United States on August 13, 2023

Pattern Name: 6 pack | Verified Purchase

So I have these in my little petkit fountain. The only difference in this and "original" filters is a hard plastic backing vent thing. I have to say my fountain works BETTER with these filters because there is no hard plastic backing vent thing.

I will keep buying these for my doggo's fountain.

3 people found this helpful

[ Helpful ]  |  Report

   Lindsey Paul

⭐⭐⭐⭐⭐ **Great replacement**

Reviewed in the United States on December 3, 2023

Pattern Name: 10 pack | Verified Purchase

I like this doesn't have the plastic part which is just an added waste. Great replacement filter for the Solo water fountain.

[ Helpful ]  |  Report

   lemalf

⭐⭐⭐⭐☆ **Works well. Not purse proof.**

Reviewed in the United States on November 6, 2023

Pattern Name: 16 pack | Verified Purchase

I love this fan. I wish someone would make a hard case for them so I can carry in a bag or purse to be handy when I need it.

[ Helpful ]  |  Report

   Diana M. Mullins

⭐⭐⭐⭐⭐ **Filteers work great**

Reviewed in the United States on October 31, 2023

Pattern Name: 10 pack | Verified Purchase

We have 2 cats and 1 dog and this works great for all of them.

[ Helpful ]  |  Report

   Susan Collins

⭐⭐⭐⭐⭐ **Keeps my dog better hydrated**

Reviewed in the United States on January 4, 2023

Pattern Name: 10 pack | Verified Purchase

I like that the water goes through a filter and there is a "reminder" light that reminds you to change these filters every two weeks. Oops, changed into the fountain review. The filters seem to work great. They aren't identical to the ones I used before since they don't have a hard slotted plastic back, but work just fine and fit well.

[ Helpful ]  |  Report

   Pam Darby

⭐⭐⭐⭐⭐ **They are generic BM but work grest**

Reviewed in the United States on August 22, 2023

Pattern Name: 6 pack | Verified Purchase

They work great and last for weeks

[ Helpful ]  |  Report

   Mt

⭐⭐⭐☆☆ **Not enough filtering material**

12/12/23, 6:58 PM                Amazon.com: Updated Replacement Filters 21 Head - 21 Tufani filter agent Fountain Filter Replacement Cat Water Filter …

Case: 4:24-cv-00568 Document #: 1-2 Filed: 02/26/24 Page 19 of 48 PageID #:39

Reviewed in the United States on July 5, 2023

Pattern Name: 6 pack | **Verified Purchase**

As seen on the picture there's much less filtering material compared to original. You should still use already filtered or bottled water since these filters will only filter large particles and hair.

9 people found this helpful

Helpful | Report

Diamond **VINE VOICE**

★★★★☆ **They fit my non-"MyfatBOSS" cat fountain.**

Reviewed in the United States on November 22, 2022

Pattern Name: 10 pack | **Vine Customer Review of Free Product** ( What's this? )

+ They are easy to install.
+ They come just as advertised.
+ They're not a perfect fit in my Liiey cat fountain, but I'm using them anyway because they're really close and I couldn't find any others that were even close to the same size.

~~~RATING SYSTEM~~~

LEGEND
+ | These are positive comments about the product.
- | These are negative comments about the product.
= | These are neutral comments about the product.
U | Updated information based on continued usage.

-----
⌄ Read more

Helpful | Report

See more reviews ›

98,979

Add to Cart

Sponsored ⓘ

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Start Selling with Amazon | Amazon Visa | Your Account |
| | | Amazon Store Card | Your Orders |

12/12/23, 6:58 PM
Case: 4:24-cv-00568 Document #: 1-2 Filed: 02/26/24 Page 20 of 48 PageID #:40
Amazon.com: GE XWFE Refrigerator Water Filter | Certified to Reduce Lead, Sulfur, and 50+ Other Impurities | Replace Every 6 Months for Best Results | Pack of 1 | Water Filter …

Amazon
Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Sell apps on Amazon

Supply to Amazon

Protect & Build Your
Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery
Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make
Money

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Shipping Rates &
Policies

Amazon Prime

Returns &
Replacements

Manage Your
Content and Devices

Your Recalls and
Product Safety Alerts

Help

**amazon**

🌐 English ▼     🇺🇸 United States

Amazon Music
Stream
millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on
Amazon
Start a Selling
Account

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries &
More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office
Mojo
Find Movie
Box Office
Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct Publishing
Indie Digital & Print
Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart
Security
for Every
Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription
Boxes
Top subscription boxes –
right to your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use   Privacy Notice   Your Ads Privacy Choices ✔✗

© 1996-2023, Amazon.com, Inc. or its affiliates

**(c)   MyfatBOSS 16 Pack**

Case: 4:24-cv-00568 Document #: 1-2 Filed: 02/26/24 Page 22 of 48 PageID #:42



Pet Supplies › Cats › Feeding & Watering Supplies › Fountains

Sponsored ⓘ



      

Roll over image to zoom in

## MyfatBOSS Cat Water Fountain Filter, 16 Pack Pet Fountain Filters, Pet Fountain Filter Replacement, Cat Water Filter Replacement for Pet Water Fountain

Visit the MyfatBOSS Store

4.3 ★★★★☆ 137 ratings

$22^{19} ($1.39 / Count)

Get **Fast, Free Shipping** with **Amazon Prime**
**FREE Returns** ⌄

Get $80 off instantly: Pay **$0.00** ~~$22.19~~ upon approval for the Amazon Store Card. No annual fee.

Pattern Name: **16 pack**

| 10 pack | **16 pack** | 6 pack |
|---|---|---|
| $15.99 | **$22.19** | $9.99 |
| ($1.60 / Count) | **($1.39 / Count)** | ($1.67 / Count) |

- 🐱**PERFECT MATCHING:** This cat fountain filter is only compatible with 63oz/1.85L cat water fountain, please note the size and shape of the filter to place your order.

- 🐱**ADEQUATE QUANTITY:** You will receive 16 individually sealed packages of cat water fountain filters, enough to meet the needs of your replacement.

- 🐱**EFFICIENT PROTECTION:** This pet water fountain filter uses double filtration. The high-density cotton layer filters out hair and other debris, and the activated carbon, coconut shell, and ion exchange resin will help you filter out most impurities and heavy metals while removing odors, making every drop of water cleaner and healthier.

- 🐱**NOTE:** Soaking the cat fountain filter replacement in water for 10 minutes and rinsing with running water before use will help prevent the surface dust from falling into the water, and to ensure long-term healthy water quality, please replace the filter in 4 weeks.

- 🐱**GOOD SERVICE:** If you have any questions please contact us in time, we will do our best to answer your questions and solve your doubts as fast as possible.

## Customer ratings by feature

| Noise level | ★★★★☆ | 4.3 |
|---|---|---|
| Easy to assemble | ★★★★☆ | 4.2 |
| Easy to clean | ★★★☆☆ | 3.8 |
| Value for money | ★★★☆☆ | 3.6 |

See all reviews

### Delivery

$22^{19} ($1.39 / Count)

Get **Fast, Free Shipping** with **Amazon Prime**
**FREE Returns** ⌄

**FREE** delivery **Sunday, December 17** on orders shipped by Amazon over $35

Or fastest delivery **Friday, December 15**. Order within **4 hrs 9 mins**

**Arrives before Christmas**

📍 Delivering to Naperville 60565 - Update location

**In Stock**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

| Ships from | Amazon |
|---|---|
| Sold by | MyfatBOSS |
| Returns | Returnable until Jan 31, 2024 |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

**Add to List**

Case: 4:24-cv-00568 Document #: 1-2 Filed: 02/26/24 Page: 23 of 48 PageID #: 43



Sponsored ⓘ

## Frequently bought together




Total price: $36.18

**Add both to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** MyfatBOSS Cat Water Fountain Filter, 16 Pack Pet Fountain Filters, Pet Fountain...

$22.19 ($1.39/Count)

PETKIT Replaced Foam Filters for Eversweet 3 Pro/Solo 2/Solo SE Wireless Pump Pet Water...

$13.99

## Products related to this item

Sponsored ⓘ








PETKIT Upgraded Filter Units 3.0 for Pet Water Fountains Eversweet 2S/3/3 Pro,Evers...
⭐ 6,952
$19.99 ($19.99/Count)
✓prime

Upgraded Filter Units 3.0 for PET Cat Water Fountains E versweet 2S/3/3 Pro,E versw...
⭐ 19
$21.99 ($21.99/Count)
✓prime

PETKIT New Cat Water Fountain with Wireless Pump, Ultra Quiet 65oz/1.85L Pet Water ...
⭐ 12,349
**Top Deal**
$23.95 ✓prime
List: $29.99 (20% off)

DEEIPET 8 Packs Replacement Filters & 8 Packs Sponges, Food Grade Replacement...
⭐ 368
$17.99 ✓prime

Geeni Water Fountain Replacement Filter 12 Pack for Automatic Pet Water Fountain Ca...
⭐ 7
$24.90 ✓prime

Romuni Cat Wat...
Fountain - 2.5L,
Silent Pump & M
Filter, Water Lev...
$29.99 ($29.9
✓prime
**Save 20%** with cou

## More from frequently bought brands

Sponsored ⓘ








Comsmart Cat Water Fountain Filter for 81oz/2.4L Pet Fountain, 3 Triple Filtration ...
⭐ 6,776
$9.99 ✓prime

Cat Water Fountain Filter,6 Pack Pet Water Fountain Filter Replacement...
⭐ 30
$11.99 ($11.99/Count)
✓prime

PET STANDARD Water Filters, Compatible with Catit® Design Senses, Flower, Senses 2...
⭐ 5
$12.99 ($2.17/Count)
✓prime

Cat Water Fountain Filters for 84oz/2.5L Stainless Steel Pet Fountain and 67oz...
⭐ 794
$8.99 ($2.25/Count)
✓prime
**Save 5%** with coupon

Upgraded Filter Units 3.0 for PET Cat Water Fountains E versweet 2S/3/3 Pro,E versw...
⭐ 19
$21.99 ($21.99/Count)
✓prime

PETKIT Upgrade
Units 3.0 for Pe
Fountains Evers
2S/3/3 Pro,Eve
⭐ 6,9
$19.99 ($19.9
✓prime

## From the brand

MyfatBOSS is a brand that focused exclusively on the Healthier Simpler Lifestyle of Pets.

We are devoted to satisfying the unique needs of your pets. Our affection for pets leads us to provide you with high-quality and cost-effective products, try hard to deliver a convenient lifestyle, and help your pets have a better life.

**Value Pack filters fo**

Visit the Store

---

## Compare with similar items

| | This item MyfatBOSS Cat Water Fountain Filter, 16 Pack Pet Fountain Filters, Pet Fountain Filter Replacement, Cat Water Filter Replacement for Pet Water Fountain | RBAYSALE Cat Water Fountain Filter, 10 Pack Replacement Filters for 84oz/2.5L Automatic Pet Fountain Cat Water Fountain Dog Water Dispenser, 3 Triple Filtration System | PETKIT EVERSWEET Solo 2 Wireless Pump Dog Cat Water Fountain,App Control,Ultra Quiet, 3 Working Modes,Visualization Window, Water Dispenser-2L | MyfatBOSS Cat Fountain Filters, 8 Pack Cat Filters for Water Fountain, Pet Water Fountain Filter, Cat Water Fountain Filter Replacement Compatible with 101 oz Cat Water Fountain |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★½ (137) | ★★★★½ (8348) | ★★★★½ (355) | ★★★★½ (277) |
| Price | $22.19 | $9.29 | $39.99 | $13.99 |
| Shipping | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping. Details | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime |
| Sold By | MyfatBOSS | RBAYSALE | PETKIT-US | MyfatBOSS |
| Color | White | White | White | 8 pack |

---

### Product Description

This cat water fountain filter uses double filtration. The high-density cotton layer filters out hair and other debris, and the activated carbon, coconut shell, and ion exchange resin will help you filter out most impurities and heavy metals while removing odors, making every drop of water cleaner and healthier.

---

### Product information

| Product Dimensions | 11.02 x 5.91 x 3.54 inches |
|---|---|
| Item Weight | 1.26 pounds |
| Manufacturer | MyfatBOSS |
| ASIN | B0BLC82GLL |

**Warranty & Support**

Product Warranty: For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price? ⌄

| Country of Origin | China |
|---|---|
| Item model number | MFB1103 |
| Customer Reviews | 4.3 ★★★★☆ ⌄   137 ratings<br>4.3 out of 5 stars |
| Best Sellers Rank | #35,575 in Pet Supplies (See Top 100 in Pet Supplies)<br>#481 in Cat Fountains |
| Date First Available | March 14, 2023 |

### Inspiration from this brand

 **MyfatBOSS**
Visit the Store on Amazon          [ + Follow ]



wopet replacement filters for pet fountain



🐱 How to help your fur baby live a healthier life?  #Pet Supplies #C…



10 pack Fish tank filters fits for aquarium filters 30-60 gallon ,20-…



wopet cat water fountain replacement pump

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

## Important information

To report an issue with this product, click here.

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping



Cat Water Fountain Filters for WF050 & WF100 Cat Fountain, 8 Pack Pet Fountain Filt...
★★★★☆ 6
**$13.99** ($21.86/Ounce)
✓prime



Pet Water Fountain, Cat/Dog Water Fountain with 2.5L Large Capacity, Pet Water Disp...
★★★★☆ 10
**$34.99** ($34.99/Count)
✓prime

Cat Fountain Replacement Filter, 8-Pack Cat Water Fountain Filter & 4-Pack Pre-Filt...
★★★★☆ 120
**$12.99** ✓prime



Replacement Filters for Pet Water Fountain - Activated Carbon Filters for Cats and ...
★★★★☆ 395
**$12.99** ✓prime



PETKIT Upgraded Filter Units 3.0 for Pet Water Fountains Eversweet 2S/3/3 Pro,Evers...
★★★★☆ 6,952
**$19.99** ($19.99/Count)
✓prime



Upgraded Filter for PET Cat Water Fountains E vers 2S/3/3 Pro,E ve...
★★★★☆ 19
**$21.99** ($21.9
✓prime

Case: 4:24-cv-00568 Document #: 1-2 Filed: 02/26/24 Page 26 of 48 PageID #: 46



*Sponsored* ⓘ

## Similar brands on Amazon

*Sponsored* ⓘ

| Kittyspout | HAPUP | SORON |
| Shop the Store on Amazon › | Shop the Store on Amazon › | Shop the Store on Amazon › |







Kitty Spout Cat Water Fountain,108oz/3.2L Stainless Steel Cat...
★★★★★ 41
$39.99

Cat Water Fountain Animal Water Dispenser 61OZ/1.8L Automatic Pet...
★★★★½ 7,025
$25.99

SORON Cat W... 67oz/2L and...
★★★★★
$24.99

## Looking for specific info?

## Customer reviews

★★★★½ 4.3 out of 5

137 global ratings

| 5 star | | 64% |
| 4 star | | 19% |
| 3 star | | 7% |
| 2 star | | 6% |
| 1 star | | 4% |

⌄ How customer reviews and ratings work

### Reviews with images

See all photos ›






[ Top reviews ⌄ ]

### Top reviews from the United States

AnderfelsWarden

★★★★★  **Excellent value**

Reviewed in the United States on August 13, 2023

Pattern Name: 6 pack  |  **Verified Purchase**

So I have these in my little petkit fountain. The only difference in this and "original" filters is a hard plastic backing vent thing. I have to say my fountain works BETTER with these filters because there is no hard plastic backing vent thing.

I will keep buying these for my doggo's fountain.

3 people found this helpful

12/12/23, 7:50 PM    Amazon.com: Replacement Filters for PetSafe Drinkwell ... Fountain, Cat Water F...

Case: 4:24-cv-00568 Document #: 1-2 Filed: 02/26/24 Page: 27 of 48 PageID #:47

Helpful | Report

Lindsey Paul

★★★★★ **Great replacement**
Reviewed in the United States on December 3, 2023
Pattern Name: 10 pack | **Verified Purchase**

I like this doesn't have the plastic part which is just an added waste. Great replacement filter for the Solo water fountain.

Helpful | Report

Sponsored ⓘ

lemalf

★★★★☆ **Works well. Not purse proof.**
Reviewed in the United States on November 6, 2023
Pattern Name: 16 pack | **Verified Purchase**

I love this fan. I wish someone would make a hard case for them so I can carry in a bag or purse to be handy when I need it.

Helpful | Report

Diana M. Mullins

★★★★★ **Filteers work great**
Reviewed in the United States on October 31, 2023
Pattern Name: 10 pack | **Verified Purchase**

We have 2 cats and 1 dog and this works great for all of them.

Helpful | Report

Susan Collins

★★★★★ **Keeps my dog better hydrated**
Reviewed in the United States on January 4, 2023
Pattern Name: 10 pack | **Verified Purchase**

I like that the water goes through a filter and there is a "reminder" light that reminds you to change these filters every two weeks. Oops, changed into the fountain review. The filters seem to work great. They aren't identical to the ones I used before since they don't have a hard slotted plastic back, but work just fine and fit well.

Helpful | Report

Pam Darby

★★★★★ **They are generic BM but work grest**
Reviewed in the United States on August 22, 2023
Pattern Name: 6 pack | **Verified Purchase**

They work great and last for weeks

Helpful | Report

Mt

★★★☆☆ **Not enough filtering material**
Reviewed in the United States on July 5, 2023
Pattern Name: 6 pack | **Verified Purchase**

As seen on the picture there's much less filtering material compared to original. You should still use already filtered or bottled water since these filters will only filter large particles and hair.



9 people found this helpful

Helpful | Report

Diamond  **VINE VOICE**

★★★★☆ **They fit my non-"MyfatBOSS" cat fountain.**

Case: 4:24-cv-01568     Document #: 1-2 Filed: 02/26/24 Page 28 of 48 PageID #:48

Reviewed in the United States on November 22, 2022

**Pattern Name: 10 pack** | **Vine Customer Review of Free Product** ( What's this? )

+ They are easy to install.

+ They come just as advertised.

+ They're not a perfect fit in my Liiey cat fountain, but I'm using them anyway because they're really close and I couldn't find any others that were even close to the same size.

~~~RATING SYSTEM~~~

LEGEND
+ | These are positive comments about the product.
- | These are negative comments about the product.
= | These are neutral comments about the product.
U | Updated information based on continued usage.

-----

⌄ Read more

[ Helpful ]    | Report

---

**See more reviews** ›



Sponsored ⓘ

---

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help



**(d)   MyfatBOSS 6 Pack – 3L**

Case: 4:24-cv-01568 Document #: 1-2 Filed: 02/26/24 Page 31 of 48 PageID #:51



Pet Supplies › Cats › Feeding & Watering Supplies › Fountains

Sponsored ⓘ





Roll over image to zoom in

VIDEO

# MyfatBOSS Cat Fountain Filter Replacement for Catit Flower Fountain 3L, 6 Pack Cat Water Fountain Filter for Catit Design Senses Fountain, Pet Water Fountain Filter

Visit the MyfatBOSS Store

4.1 ★★★★☆  95 ratings

**Amazon's Choice** in Cat Fountains by MyfatBOSS

50+ bought in past month

$9.99 ($1.67 / Count)

Get Fast, Free Shipping with Amazon Prime

FREE Returns ⌄

Get $80 off instantly: Pay $0.00 $9.99 upon approval for the Amazon Store Card. No annual fee.

**Pattern Name: 6 Pack**

| 12 Pack | 6 Pack |
|---|---|
| $19.89 ($1.66 / Count) | $9.99 ($1.67 / Count) |

| Material | Cotton |
|---|---|
| Product Dimensions | 5.5"D x 0.39"W x 5.5"H |
| Product Benefits | Removes Pollutants, Removes Odor |
| Brand | MyfatBOSS |

## About this item

- 🐱 【Multiple Filtration】 The cat water fountain filter has a cotton layer to filter hair and residue. The cat fountain filter replacement has activated carbon to remove odours and impurities. Ion exchange resin softens hard tap water.
- 🐾 【Application】 The cat fountain filter is compatible with Catit Flower Fountain, Catit Design Senses Fountain, Catit LED Flower Fountain, Catit Senses 2.0, Catit Fresh & Clear Stainless Steel. Not suitable for Catit Mini Fountain.

**prime**

Enjoy fast, free delivery, exclusive deals, award-winning movies & TV shows with Prime

Try Prime and start saving today with fast, free delivery

| Delivery | Pickup |
|---|---|

$9.99 ($1.67 / Count)

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ⌄

**FREE delivery Sunday, December 17** on orders shipped by Amazon over $35

Or fastest delivery **Friday, December 15**. Order within **4 hrs 7 mins**

**Arrives before Christmas**

⊙ Delivering to Naperville 60565 - Update location

**In Stock**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

Ships from Amazon
Sold by MyfatBOSS
Returns Returnable until Jan 31, 2024
Payment Secure transaction

⌄ See more

☐ Add a gift receipt for easy returns

**Add to List**

12/12/23, 7:53 PM · Amazon.com: MyfatBOSS Cat Fountain Filter Replacement for Catit Flower Fountain 3L, 6 Packs Water Fountain Filter for C...

Case: 4:24-cv-01568 Document #: 1-2 Filed: 02/26/24 Page 32 of 48 PageID #:52

- 🐱【Premium 6 Pack Cat Water Filter】Contain 6 packs of premium pet fountain filter replacement, enough for 6 months of use. Each cat water filter replacement is individually wrapped for cleanliness and hygiene.

- 🐱【Keep Your Pet Healthy】Recommend to replace the cat fountain filters once every 1-2 weeks in summer and every 2-4 weeks in winter. If more than one cat or dog is using the fountain, more frequent changes will be required to keep the water clean and fresh.

- 🐱【Easy to Use】To prevent activated carbon dust from falling off into the water, please soak the cat water fountain filters in water for 10 minutes and then rinse thoroughly under running water before using.



Sponsored ⓘ



Sponsored ⓘ

## Buy it with

 +  + 

Total price: **$52.93**

**Add all 3 to Cart**

ⓘ These items are shipped from and sold by different sellers. Show details

**This item:** MyfatBOSS Cat Fountain Filter Replacement for Catit Flower Fountain 3L, 6 Pack… 
$9⁹⁹ ($1.67/Count)

Purina Fancy Feast Grilled Wet Cat Food Seafood Collection in Wet Cat Food Variety Pack - (24) 3 o… 
$17⁹⁹ ($0.25/Ounce)

PetSafe ScoopFree Premium Blue Crystal Litter, 2-Pack – Includes 2 Bags – Absorbs Odors 5x Faster… 
$24⁹⁵ ($12.48/Count)

## More from frequently bought brands

Sponsored ⓘ

     

Cat Water Fountain Filter,6 Pack Pet Water Fountain Filter Replacement… 
⭐⭐⭐⭐½ 30 
$11.99 ($11.99/Count) 
✓prime

Cat Water Fountain Filters 6 Pack,50% More Activated Carbon Filters,Genuine Cat Flo… 
⭐⭐⭐⭐½ 1,568 
$9.98 ✓prime 
Save 10% with coupon

PET STANDARD Water Filters, Compatible with Catit® Design Senses, Flower, Senses 2… 
⭐⭐⭐⭐⭐ 5 
$12.99 ($2.17/Count) 
✓prime

DEEIPET 8 Packs Replacement Filters & 8 Packs Sponges, Food Grade Replacement… 
⭐⭐⭐⭐½ 368 
$17.99 ✓prime

12 Pack of Filters for Catit Design Senses Fountains and Catit Flower Fountains,No … 
⭐⭐⭐⭐ 1,223 
$19.99 ($1.67/Count) 
✓prime

SAMANIJA 6-Pa Compatible with Flower Fountain Water Fountain 
⭐⭐⭐⭐½ 1,5 
$12.99 ($2.17 
✓prime

## Products related to this item

Sponsored ⓘ

Case: 4:24-cv-01568 Document #: 1-2 Filed: 02/26/24 Page 33 of 48 PageID #:53













PET Standard Filters for Catit Design Senses Fountains and Catit Flower Fountains, ...

★★★★½ 17,951

$12.99 ($2.17/Count)

✓prime

CNCHUROU 8 pack Cat Water Fountain Filter for Catit, Replacement Cat Fountain Filte...

★★★★½ 40

$14.99 ($1.87/Count)

✓prime

PETKIT Upgraded Filter Units 3.0 for Pet Water Fountains Eversweet 2S/3/3 Pro,Evers...

★★★★½ 6,952

$19.99 ($19.99/Count)

✓prime

12 Pack of Filters for Catit Design Senses Fountains and Catit Flower Fountains,No ...

★★★★☆ 1,223

$19.99 ($1.67/Count)

✓prime

Cat Water Fountain Filters, 8 Pack Triple Action Water Fountain Filters, Replacemen...

★★★★½ 58

$18.99 ✓prime

Save 5% with coupon

PewinGo Cat Wa... Fountain Replaceme... Filters, 6 Packs ... Fountain Filters...

★★★★½ 4,7...

$9.99 ✓prime

## From the brand

MyfatBOSS is a brand focused exclusively on the Healthier and Simpler Lifestyle for Pets.

We are devoted to satisfying the unique needs of your pets. Our passion leads us to provide high-quality and cost-effective products for pets. Furthermore, we try hard to deliver a more convenient lifestyle and lead your pets a better life.

**More Fountain Filter**

## Product Description

MyfatBOSS 6 Pack filters for cat water fountain

Compatibility: Compatible with Catit Flower Fountain, Catit Design Senses Fountain, Catit LED Flower Fountain, Catit Senses 2.0, Catit Fresh & Clear Stainless Steel.

Package includes: 12 pieces cat water fountain filter for catit

Replacement recommendation:
It is recommended that the filters for cat water fountain be replaced every 2-4 weeks

Suggestions for use:

⌄ See more

## Product details

**Product Dimensions** : 5.5 x 0.39 x 5.5 inches; 8.15 Ounces

**Item model number** : P0403F

**Date First Available** : June 29, 2023

**Manufacturer** : MyfatBOSS

**ASIN** : B0C2CG5VPJ

Case: 4:24-cv-01568 Document #: 1-2 Filed: 02/26/24 Page 34 of 48 PageID #:54

**Country of Origin** : China
**Best Sellers Rank:** #29,455 in Pet Supplies (See Top 100 in Pet Supplies)
#410 in Cat Fountains

**Customer Reviews:**
4.1 ⭐⭐⭐⭐☆ ⌄    95 ratings

---

## Inspiration from this brand

 **MyfatBOSS**
Visit the Store on Amazon    [ + Follow ]









wopet replacement filters for pet fountain

🐱 Your fur babies deserves the best cat fountain filter replacement. 🐾

🐱🐾How to offer high-quality lives for your fur babies? --- From Myfa…

Focus on Pet Health -- Change wopet pet filter regularly

---

## Videos

**Videos for this product**


0:28
Cat Water Fountain Filter for Catit Flower Fountain 3L
MyfatBOSS

[ Upload your video ]

---

## Important information

To report an issue with this product, click here.

---

## Compare with similar items

| | | | |
|---|---|---|---|
| **This item** MyfatBOSS Cat Fountain Filter Replacement for Catit Flower Fountain 3L, 6 Pack Cat Water Fountain Filter for Catit Design Senses Fountain, Pet Water Fountain Filter | RBAYSALE Cat Water Fountain Filter, 10 Pack Replacement Filters for 84oz/2.5L Automatic Pet Fountain Cat Water Fountain Dog Water Dispenser, 3 Triple Filtration System | Catit Triple Action Water Fountain Filters, Replacement Cat Drinking Fountain Filters, 5 Pack | PewinGo Cat Water Fountain Replacement Filters, 6 Packs Pet Fountain Filters Triple Action with Resin and Activated Carbon Compatible for Cat Water Fountain 3L |

12/12/23, 7:53 PM    Amazon.com:... Filter Replacement, 12 Count, Flower Fountain Ct, 48 Pack, Water Fountain Filter for C...

Case: 4:24-cv-01568 Document #: 1-2 Filed: 02/26/24 Page 35 of 48 PageID #:55

|  | [Add to Cart] | [Add to Cart] | [Add to Cart] | [Add to Cart] |
|---|---|---|---|---|
| Customer Rating | ★★★★☆ (95) | ★★★★½ (8348) | ★★★★½ (30244) | ★★★★½ (4794) |
| Price | $9.99 | $9.29 | $16.94 | $9.99 |
| Shipping | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime |
| Sold By | MyfatBOSS | RBAYSALE | Amazon.com | Luner US |
| Color | White | White | White | White |

## Products related to this item

Sponsored ⓘ

     

WOPET 2.1L Automatic Cat Water Fountain with LED Light, Ultra Silent - Ideal for Ca...
★★★★½ 86
$23.99 ($23.99/Count)
✓prime

Uspeedy Cat Water Fountain Filter, 8 Pack Pet Fountain Replacement Filters...
★★★★★ 2
$12.99 ($0.54/Count)
✓prime

Romuni Cat Water Fountain - 2.5L/84oz Silent Pump & Multi-Filter, Water Level...
★★★★★ 
$29.99 ($29.99/Count)
✓prime

6 Pack Replacement Filters for 2.5L Lite & Premium Pet Water Fountain, GISOFIK Cat ...
★★★★½ 24
$13.00 ($13.00/Count)
✓prime

PET Standard Filters for Catit Design Senses Fountains and Catit Flower Fountains, ...
★★★★½ 17,951
$12.99 ($2.17/Count)
✓prime

CNCHUROU 8 p... Water Fountain Catit, Replacem Fountain Filte...
★★★★½ 40
$14.99 ($1.87...
✓prime

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ

**Kittyspout**
Shop the Store on Amazon ›

**HAPUP**
Shop the Store on Amazon ›

**SORON**
Shop the Store on Amazon ›

  

Kitty Spout Cat Water Fountain,108oz/3.2L Stainless Steel Cat...
★★★★★ 41
$39.99

Cat Water Fountain Animal Water Dispenser 61OZ/1.8L Automatic Pet...
★★★★½ 7,025
$25.99

SORON Cat W... 67oz/2L and ...
★★★★★ 
$24.99

12/12/23, 7:53 PM    Amazon.com : Flower Filter Replacement Cat Flower Fountain Of : Package Name : Fountain Filter for C...

Case: 4:24-cv-01568 Document #: 1-2 Filed: 02/26/24 Page 36 of 48 PageID #:56

**Looking for specific info?**

## Customer reviews

⭐⭐⭐⭐☆  4.1 out of 5

95 global ratings

| | | |
|---|---|---|
| 5 star | | 60% |
| 4 star | | 19% |
| 3 star | | 6% |
| 2 star | | 4% |
| 1 star | | 11% |

⌄ How customer reviews and ratings work

Sponsored ⓘ

### Reviews with images

  

See all photos ›

 Top reviews

## Top reviews from the United States



Anda

⭐⭐⭐⭐⭐ **great replacement**

Reviewed in the United States on October 6, 2023

Pattern Name: 12 Pack | **Verified Purchase**

Perfect fit!!! I wasn't too sure about these since they were not the same brand as my Catit drinking water fountain, but they are a great replacement for the more expensive ones. They are the exact same as aside from having the added plastic, which just end up as landfill since these are disposables, so added bonus of being more environmentally friendly

One person found this helpful

[ Helpful ]  |  Report



Heather L

⭐⭐⭐⭐⭐ **Great quality**

Reviewed in the United States on November 1, 2023

Pattern Name: 12 Pack | **Verified Purchase**

This item was just as described. Fit in the fountain perfectly! Will definitely be buying again!

[ Helpful ]  |  Report

Ashdrl

⭐⭐⭐⭐☆ **Flower filter**

Reviewed in the United States on July 9, 2023

Pattern Name: 12 Pack | **Verified Purchase**

It's not exactly like the original filters that come with the flower filter, those are a bit thicker then these and look to have an additional thicker filter layer underneath them. But these will do

[ Helpful ]  |  Report



H. Salerno

⭐⭐⭐⭐⭐ **Just as described**

Reviewed in the United States on August 1, 2023

Pattern Name: 12 Pack | **Verified Purchase**

These filters are just as advertised. They fit the Catit daisy fountain well, and are affordable enough that I don't mind replacing it every month or so.

They were packaged appropriately and shipped promptly to arrive as expected.

[ Helpful ]  |  Report

Matthew

⭐☆☆☆☆ **Bad purchase**

Reviewed in the United States on October 4, 2023

Pattern Name: 12 Pack | **Verified Purchase**

Do not waste your money on these. They clog up very easily and do not last long at all. I used two out of the pack and trashed the rest

Amazon Customer

★★★★★ **Keeps water clean and fresh**

Reviewed in the United States on September 21, 2023

Pattern Name: 6 Pack | Verified Purchase

This filter is perfect so your pets can drink fresh filtered clean water any time.

Helpful | Report

Amazon Customer

★★★★★ **These seem to fit perfect in the water fountain.**

Reviewed in the United States on August 17, 2023

Pattern Name: 12 Pack | Verified Purchase

Interesting that the 4 sections contain 2 different materials. I did not realize this at first. But went back to description and realized it was 2 different filter methods. So I am pleased with them.

Helpful | Report

Heather

★★★★★ **Good price**

Reviewed in the United States on July 31, 2023

Pattern Name: 12 Pack | Verified Purchase

I ordered these as the ones I normally buy would take too long to get here. These ones do not have a hard back like the others but they have worked just fine.

Helpful | Report

See more reviews ›

## Top reviews from other countries

gordon wilson

★★★★★ **That our kitty fountain has a great filter**

Reviewed in Canada on September 28, 2023

Pattern Name: 6 Pack | Verified Purchase

To help my cats ----fresh non contaminated water

Report

See more reviews ›

Sponsored ⓘ

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

🌐 English ⌄     🇺🇸 United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account |
| Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | | | | | Amazon Warehouse Great Deals on Quality Used Products |
| | | | | | Neighbors App Real-Time Crime & Safety Alerts |
| | | | | | Amazon Business Everything For Your Business |
| | | | | | Goodreads Book reviews & recommendations |
| | | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices ✔✕
© 1996-2023, Amazon.com, Inc. or its affiliates

**(e)   MyfatBOSS 12 Pack**

Case: 4:24-cv-01568 Document #: 1-2 Filed: 02/26/24 Page 40 of 48 PageID #:60



Pet Supplies › Cats › Feeding & Watering Supplies › Fountains

Sponsored ⓘ




Roll over image to zoom in

### MyfatBOSS Cat Water Fountain Filter for Catit, 12 Pack Cat Fountain Filter Replacement for Catit Flower Fountain 3L, Cat Water Filter for Catit Design Senses Fountain

Visit the MyfatBOSS Store

4.1 ★★★★☆ ∨  95 ratings

**Amazon's Choice** in Cat Fountains by MyfatBOSS

100+ bought in past month

$19.89 ($1.66 / Count)

Get **Fast, Free Shipping** with **Amazon Prime**

FREE Returns ∨

Get $80 off instantly: Pay $0.00 $19.89 upon approval for the Amazon Store Card. No annual fee.

**Pattern Name: 12 Pack**

| 12 Pack $19.89 ($1.66 / Count) | 6 Pack $9.99 ($1.67 / Count) |

| Material | Activated Carbon,Cotton,Resin,Stainless Steel |
| Product Dimensions | 5.5"D x 5.5"W x 0.5"H |
| Product Benefits | Removes Impurities |
| Brand | MyfatBOSS |

### About this item
- Compatibility: The cat fountain filter replacement are compatible with catit design senses fountain 3L and catit stainless steel flower fountain 3L. Please note the size and shape of the water fountain filter to place your order.
- Triple Protection: The cat fountain filter consists of a cotton layer, activated carbon and ion exchange resin. It can effectively filter hair, heavy metals and remove

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime

Try Prime and start saving today with fast, free delivery

| Delivery | Pickup |

$19.89 ($1.66 / Count)

Get **Fast, Free Shipping** with **Amazon Prime**

**FREE Returns** ∨

FREE delivery **Sunday, December 17** on orders shipped by Amazon over $35

Or fastest delivery **Saturday, December 16.** Order within **4 hrs 6 mins**

**Arrives before Christmas**

ⓥ Delivering to Naperville 60565 - Update location

**In Stock**

Qty: 1 ∨

[ Add to Cart ]

[ Buy Now ]

| Ships from | Amazon |
| Sold by | MyfatBOSS |
| Returns | Returnable until Jan 31, 2024 |
| Payment | Secure transaction |

∨ See more

☐ Add a gift receipt for easy returns

[ Add to List ]

odors,making your pet drink healthier.

- 12 Pack Pet Fountain Filter: 12 pack filter for catit water fountain, individually packaged and sealed to maintain high quality.
- Note: Please soak the pet water fountain filter replacement in water for 10 minutes and rinse with running water before use to help prevent the surface dust from falling into the water. Please replace the filters for catit every 1 to 2 weeks in summer and 2 to 4 weeks in winter.
- Healthy and Happy Pets: MyfatBOSS helps to make your dog, cat, or small pets healthier by keeping your pet's drinking water the cleanest it can possibly be. Please contact us if you have any questions when using cat filters for water fountain, we will deal with it as soon as possible.

### Customer ratings by feature

| Easy to assemble | ⭐⭐⭐½☆ | 3.1 |
| Easy to clean | ⭐⭐½☆☆ | 2.6 |
| Noise level | ⭐⭐½☆☆ | 2.6 |

See all reviews

### Consider a similar item



Cat Water Fountain Filter,Pet Fountain Filter Set,4 Pcs cat Fountain Filter Replacement for Automatic Cat Water Fountain Pet Water Fountain

⭐⭐⭐⭐½ (90)
$15.99 ($4.00/Count)
🌿 Climate Pledge Friendly

Sponsored ⓘ

Sponsored ⓘ

## Frequently bought together



☑ + ☑

Total price: $27.72

[ Add both to Cart ]

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** MyfatBOSS Cat Water Fountain Filter for Catit, 12 Pack Cat Fountain Filter Replacement…
$19⁸⁹ ($1.66/Count)

Catit Cat Water Fountain Cleaning Set, for Catit Cat Water Fountains, 44020, White
$7⁸³

## More from frequently bought brands

Here from frequently bought brands

Sponsored ⓘ

     

| PET STANDARD Water Filters, Compatible with Catit® Design Senses, Flower, Senses 2..... | PETKIT Upgraded Filter Units 3.0 for Pet Water Fountains Eversweet 2S/3/3 Pro,Evers... | Cirfifth Pet Water Fountain Filters, Replacement for 84oz/2.5L Automatic... | Pack 8 of WECATION Cat Water Fountain Filter for Catit, Catit Fountain, Flower Foun... | Cat Water Fountain Filter,6 Pack Pet Water Fountain Filter Replacement… | 3/6/9 Pack Cat Fountain Filters Compatible with Fountains, Petil... |
|---|---|---|---|---|---|
| ★★★★★ 5 | ★★★★☆ 6,952 | ★★★★☆ 4,206 | ★★★★☆ 1,223 | ★★★★☆ 30 | ★★★★☆ 15 |
| $12.99 ($2.17/Count) | $19.99 ($19.99/Count) | $13.99 ✓prime | $15.99 ✓prime | $11.99 ($11.99/Count) | $13.99 ✓prime |
| ✓prime | ✓prime | | | ✓prime | |

## Products related to this item

Sponsored ⓘ

     

| PET Standard Filters for Catit Design Senses Fountains and Catit Flower Fountains, … | Cat Water Fountain Filter,6 Pack Pet Water Fountain Filter Replacement… | 3/6/9 Pack Cat Water Fountain Filters Compatible with Catit Fountains, Petilog Carb... | 12 Pack of Filters for Catit Design Senses Fountains and Catit Flower Fountains,No … | PewinGo Cat Water Fountain Replacement Filters, 6 Packs Pet Fountain Filters Triple… | Parner Cat Wate Fountain Filter, Pet Fountain Fil Replacement fo |
|---|---|---|---|---|---|
| ★★★★☆ 17,951 | ★★★★☆ 30 | ★★★★☆ 156 | ★★★★☆ 1,223 | ★★★★☆ 4,793 | ★★★★☆ 31 |
| $12.99 ($2.17/Count) | $11.99 ($11.99/Count) | $13.99 ✓prime | $19.99 ($1.67/Count) | $9.99 ✓prime | $19.99 ($19.9 |
| | ✓prime | | ✓prime | | ✓prime |

## From the brand

MyfatBOSS is a brand focused exclusively on the Healthier and Simpler Lifestyle for Pets.

We are devoted to satisfying the unique needs of your pets. Our passion leads us to provide high-quality and cost-effective products for pets. Furthermore, we try hard to deliver a more convenient lifestyle and lead your pets a better life.

More Fountain Filter

## Product Description









| | Cat Water Fountain Filter | Cat Water Fountain Filter |
|---|---|---|
| Compatibility | Flower Fountain 3L, Design Senses Fountain, LED Flower Fountain, Fresh & Clear Stainless Steel | Flower Fountain 3L, Design Senses Fountain, LED Flower Fountain, Fresh & Clear Stainless Steel |
| Package | 12 Pack | 6 Pack |
| Individually Packed | ✓ | ✓ |
| Multi-filtering | ✓ | ✓ |

## Product details

**Product Dimensions** : 5.5 x 5.5 x 0.5 inches; 14.39 Ounces

**Item model number** : Flower Fountain 3l

**Date First Available** : May 9, 2023

**Manufacturer** : MyfatBoss

**ASIN** : B0BXWY5KSS

**Country of Origin** : China

**Best Sellers Rank:** #29,455 in Pet Supplies (See Top 100 in Pet Supplies)

#410 in Cat Fountains

**Customer Reviews:**

4.1 ⭐⭐⭐⭐☆ ∨    95 ratings

## Inspiration from this brand

 **MyfatBOSS**
Visit the Store on Amazon     [ + Follow ]









Pet Fountain Filter Replacement for DF10 DF30 Dog Water Fountain

veken pet fountain replacement filters veken 95oz/2.8l pet fountai...

MyfatBOSS Cat Water Fountain Filter give your fur babies cleaner

10 pack Fish tank filters fits for aquarium filters 30-60 gallon ,20-...

## Videos

#### Videos for this product



0:28

Cat Water Fountain Filter for Catit Flower Fountain 3L
MyfatBOSS

[ Upload your video ]

## Important information

To report an issue with this product, click here.

## Compare with similar items

| **This item** MyfatBOSS Cat Water Fountain Filter for Catit, 12 Pack Cat Fountain Filter Replacement for Catit Flower Fountain 3L, Cat Water Filter for Catit Design Senses Fountain | RBAYSALE Cat Water Fountain Filter, 10 Pack Replacement Filters for 84oz/2.5L Automatic Pet Fountain Cat Water Fountain Dog Water Dispenser, 3 Triple Filtration System | Catit Triple Action Water Fountain Filters, Replacement Cat Drinking Fountain Filters, 5 Pack | ITidyHome 12 Pack Cat Water Fountain Filters of Pet Fountain Replacement Filter,for most 81oz/2.4L Automatic Pet Dog Water Fountain Dispenser |
|---|---|---|---|

| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
|---|---|---|---|---|
| Customer Rating | ★★★★☆ (95) | ★★★★½ (8348) | ★★★★½ (30244) | ★★★★½ (1497) |
| Price | $19⁹⁹ $19.89 | $9⁹⁹ $9.29 | $16⁹⁴ | $12⁹⁹ |
| Shipping | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime |
| Sold By | MyfatBOSS | RBAYSALE | Amazon.com | ZLZH |
| Color | White | White | White | White |

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

     

WOPET 2.1L Automatic Cat Water Fountain with LED Light, Ultra Silent - Ideal for Ca...
★★★★½ 86
$23.99 ($23.99/Count)
✓prime

2 Pack Replacement Filters for 3L Flower Water Dispenser, GISOFIK Cat Water...
★★★★½ 99
$8.00 ($8.00/Count)
✓prime

YAMOZOM 12-Pack Cat Water Fountain Filters, Pet Filters for Flower Fountains, Round...
★★★★½ 1,354
$13.99 ($1.17/Count)
✓prime

Geeni Water Fountain Replacement Filter 12 Pack for Automatic Pet Water Fountain Ca...
★★★★★ 7
$24.90
✓prime

Cat Water Fountain Filter,6 Pack Pet Water Fountain Filter Replacement...
★★★★½ 30
$11.99 ($11.99/Count)
✓prime

PET Standard Fi Catit Design Se Fountains and C Flower Fountain...
★★★★½ 17
$12.99 ($2.17
✓prime

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ

SORON
Shop the Store on Amazon ›

Kittyspout
Shop the Store on Amazon ›

ORSDA
Shop the Store on Amazon ›

  

SORON Cat Water Fountain Filters for 67oz/2L and 108/3.2L Stainless Steel P...
★★★★★ 20
$24.99

Kitty Spout Cat Water Fountain,108oz/3.2L Stainless Steel Cat...
★★★★★ 41
$39.99

ORSDA Cat W Steel, 2L Pet...
★★★★½ 1
$40.49

Case: 4:24-cv-01568 Document #: 1-2 Filed: 02/26/24 Page: 46 of 48 PageID #:66

## Looking for specific info?

## Customer reviews

⭐⭐⭐⭐☆  4.1 out of 5

95 global ratings

| | | |
|---|---|---|
| 5 star | | 60% |
| 4 star | | 19% |
| 3 star | | 6% |
| 2 star | | 4% |
| 1 star | | 11% |

⌄ How customer reviews and ratings work

Sponsored ⓘ

## Reviews with images

  

See all photos ›

Top reviews ⌄

## Top reviews from the United States

**Anda**

⭐⭐⭐⭐⭐ **great replacement**

Reviewed in the United States on October 6, 2023

Pattern Name: 12 Pack    Verified Purchase

Perfect fit!!! I wasn't too sure about these since they were not the same brand as my Catit drinking water fountain, but they are a great replacement for the more expensive ones. They are the exact same as aside from having the added plastic, which just end up as landfill since these are disposables, so added bonus of being more environmentally friendly

One person found this helpful

 Helpful    |    Report

**Heather L**

⭐⭐⭐⭐⭐ **Great quality**

Reviewed in the United States on November 1, 2023

Pattern Name: 12 Pack    Verified Purchase

This item was just as described. Fit in the fountain perfectly! Will definitely be buying again!

 Helpful    |    Report

**Ashdrl**

⭐⭐⭐⭐☆ **Flower filter**

Reviewed in the United States on July 9, 2023

Pattern Name: 12 Pack    Verified Purchase

It's not exactly like the original filters that come with the flower filter, those are a bit thicker then these and look to have an additional thicker filter layer underneath them. But these will do

Helpful    |    Report

**H. Salerno**

⭐⭐⭐⭐⭐ **Just as described**

Reviewed in the United States on August 1, 2023

Pattern Name: 12 Pack    Verified Purchase

These filters are just as advertised. They fit the Catit daisy fountain well, and are affordable enough that I don't mind replacing it every month or so.
They were packaged appropriately and shipped promptly to arrive as expected.

 Helpful    |    Report

**Matthew**

⭐☆☆☆☆ **Bad purchase**

Reviewed in the United States on October 4, 2023

Pattern Name: 12 Pack    Verified Purchase

12/12/23, 7:54 PM    Amazon.com: Aqua-Pumble Fountain Filter Cut, 12-Pack - Catagen 4 Filter Replacement for Cat Flower Fountai…

Case: 4:24-cv-01568 Document #: 1-2 Filed: 02/26/24 Page: 47 of 48 PageID #: 67

Do not waste your money on these. They clog up very easily and do not last long at all. I used two out of the pack and trashed the rest

Helpful    | Report

Amazon Customer

★★★★★  **Keeps water clean and fresh**
Reviewed in the United States on September 21, 2023
Pattern Name: 6 Pack  |  Verified Purchase

This filter is perfect so your pets can drink fresh filtered clean water any time.

Helpful    | Report

Amazon Customer

★★★★★  **These seem to fit perfect in the water fountain.**
Reviewed in the United States on August 17, 2023
Pattern Name: 12 Pack  |  Verified Purchase

Interesting that the 4 sections contain 2 different materials. I did not realize this at first. But went back to description and realized it was 2 different filter methods. So I am pleased with them.

Helpful    | Report

Heather

★★★★★  **Good price**
Reviewed in the United States on July 31, 2023
Pattern Name: 12 Pack  |  Verified Purchase

I ordered these as the ones I normally buy would take too long to get here. These ones do not have a hard back like the others but they have worked just fine.

Helpful    | Report

See more reviews ›

## Top reviews from other countries

gordon wilson

★★★★★  **That our kitty fountain has a great filter**
Reviewed in Canada on September 28, 2023
Pattern Name: 6 Pack  |  Verified Purchase

To help my cats ----fresh non contaminated water

Report

See more reviews ›

Amazon.com: Solar Fountain Water Fountain Pump... Flower Fountai…

Sponsored ⓘ

Back to top

## Get to Know Us

Careers

Amazon
Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Start Selling with
Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your
Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery
Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make
Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates &
Policies

Amazon Prime

Returns &
Replacements

Manage Your
Content and Devices

Your Recalls and
Product Safety Alerts

Help

amazon

🌐 English ▾          🇺🇸 United States ▾

| | | | | | |
|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account |
| **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| **Amazon Subscription Boxes** Top subscription boxes – right to your door | | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices ☑✕

© 1996-2023, Amazon.com, Inc. or its affiliates