# Exhibit 3

# Infringement Claim Chart





The rear surface of the infringing product is flat and is made of a semi-transparent material, which allows a viewer to see through it.

Fig.2

Fig.3



4



4