AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following

☐ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| | | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

# Exhibit 1

US00D912763S

(12) **United States Design Patent** (10) Patent No.: **US D912,763 S**
Huang (45) Date of Patent: ⁎⁎ **Mar. 9, 2021**

(54) **FILTER FOR PET FOUNTAIN**

(71) Applicant: **Junzhou Huang**, Guangdong (CN)

(72) Inventor: **Junzhou Huang**, Guangdong (CN)

(⁎⁎) Term: **15 Years**

(21) Appl. No.: **29/643,040**

(22) Filed: **Apr. 3, 2018**

(30) **Foreign Application Priority Data**

Mar. 20, 2018 (CN) .......................... 201830103598.6

(51) **LOC (13) Cl.** .............................................. **23-01**
(52) **U.S. Cl.**
USPC ........................ **D23/209**; D23/207; D23/365
(58) **Field of Classification Search**
USPC ...... D23/207, 209, 365; D24/162, 101, 124; D27/167
CPC ......... B01D 27/00; B01D 35/30; B01D 27/08
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D260,175 S | ⁎ | 8/1981 | Hein ............................ | D23/209 |
| D274,462 S | ⁎ | 6/1984 | Rakocy ........................ | D23/365 |
| 8,770,148 B2 | ⁎ | 7/2014 | Lipscomb ............ | F04B 23/021 119/74 |
| D717,395 S | ⁎ | 11/2014 | Neto ............................ | D23/209 |
| D720,844 S | ⁎ | 1/2015 | Wells ........................... | D24/101 |
| D762,833 S | ⁎ | 8/2016 | Ogg .............................. | D23/365 |
| D864,477 S | ⁎ | 10/2019 | Liu ............................... | D27/167 |

OTHER PUBLICATIONS

https://www.moersky.net/Pet-Fountain-Cat-Water-Dispenser-Healthy-and-Hygienic-Drinking-Fountain-2L-Super-Quiet-Automatic-Water-Bowl-with-Filter-and-Silicone-Mat-for-Dogs-Cats-Birds-and-Small-Animals-Replacement-Filters-p879647.html (Year: 2018).⁎

⁎ cited by examiner

*Primary Examiner* — Jack Reickel
*Assistant Examiner* — Keith J Wilson

(57) **CLAIM**

The ornamental design for a filter for pet fountain, as shown and described.

**DESCRIPTION**

FIG. **1** is a front elevational view of a filter for pet fountain showing my new design;
FIG. **2** is a rear elevational view thereof;
FIG. **3** is a left side view thereof;
FIG. **4** is a right side view thereof;
FIG. **5** is a top plan view thereof;
FIG. **6** is a bottom plan view thereof; and,
FIG. **7** is a front perspective view thereof.

**1 Claim, 6 Drawing Sheets**





Fig.1



Fig.2

Case 1:24-cv-01562 Document # 141 Filed 02/27/24 Page 5 of 9 PageID #:816



Fig.3

Case 1:24-cv-01562 Document #: 14-1 Filed: 02/27/24 Page 7 of 9 PageID #:88



Fig.4



Fig.5



Fig.6

Case 1:24-cv-01562 Document #: 1-41 Filed: 02/27/24 Page 9 of 9 PageID #:850



Fig.7