IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUNZHOU HUANG<br><br>    Plaintiff,<br><br>v.<br><br>MyfatBOSS<br><br>    Defendant. | Case No. 1:24-cv-01562<br><br>**Honorable Jorge L. Alonso**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER AND OTHER RELIEF**

Plaintiff, Junzhou Huang ("Huang"), seeks entry of an *ex parte* Temporary Restraining Order, including a temporary injunction against Defendant, the Amazon storefront doing business as MyfatBOSS ("MyfatBOSS"), enjoining the manufacture, importation, distribution, offering for sale, and sale of pet water fountain filter products that infringe U.S. Pat. No. D912,763, a temporary asset restraint, expedited discovery, and alternative service of process by email in an action arising out of the patent laws of the United States, 35 U.S.C. § 1 et seq., including 35 U.S.C. §§ 271, 281, 283, 284, and 285. A Memorandum of Law in Support is filed concurrently with this Motion.

Date: February 27, 2024                  Respectfully submitted,

By: /s/ Yichen Cao
Yichen Cao

**ANALECTS LEGAL LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349

Yichen Cao, Ph.D., J.D.
Illinois Bar No. 6326669
Email: ycao@analectslegal.com
Tel: 1.630.386.5514

Elliot Mendelson, Ph.D., J.D.
Delaware Bar No. 3981
Email: emendelson@analectslegal.com
Tel: 1.312.375.7844

*Attorneys for Plaintiff*