# Exhibit A

# Infringement Claim Chart

| Claim of U.S. Pat. No. D912,763 | ASIN: B0BXWY5KSS; "MyfatBOSS 12 Pack" product as a representative of all infringing products |
|---|---|
|  Fig.1 | (A screenshot obtained from the webpage embedded product video) |

1



The rear surface of the infringing product is flat and is made of a semi-transparent material, which allows a viewer to see through it.

Fig.2

Fig.3



