AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| Service of the Summons and complaint was made by me[1] | DATE<br>April 10, 2024 |
|---|---|
| NAME OF SERVER *(PRINT)*<br>Yichen Cao | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify):  Served via electronic mail per the terms of the TRO

_____

_____

| STATEMENT OF SERVICE FEES |
|---|

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     April 22, 2024                          Yichen Cao

                     Date                                  *Signature of Server*

Digitally signed by Yichen Cao
DN: cn=Yichen Cao, c=US, o=Analects Legal LLC,
email=ycao@analectslegal.com
Date: 2024.04.22 14:38:55 -05'00'

1212 S Naper Blvd. Suite #119-238, Naperville, IL 60540

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.