IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUNZHOU HUANG<br><br>    Plaintiff,<br><br>v.<br><br>MyfatBOSS<br><br>    Defendant. | Case No. 1:24-cv-01562<br><br>**Honorable Jorge L. Alonso**<br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

Plaintiff hereby moves for entry of a Preliminary Injunction. The scope of the Preliminary Injunction substantially resembles the Temporary Restraining Order entered on March 28, 2024 (Dkt. #10). In support of its Motion, Plaintiff concurrently submits a Memorandum of Law.

Date: May 24, 2024                                           Respectfully submitted,


                                                              By: _/s/Yichen Cao/_____
                                                                  Yichen Cao

                                                              **ANALECTS LEGAL LLC**
                                                              1212 S Naper Blvd. Suite #119 -
                                                              PMB 238
                                                              Naperville, IL 60540-7349

                                                              Yichen Cao, Ph.D., J.D.

Illinois Bar No. 6326669
Email: ycao@analectslegal.com
Tel: 1.630.386.5514

Elliot Mendelson, Ph.D., J.D.
Delaware Bar No. 3981
Email:
emendelson@analectslegal.com
Tel: 1.312.375.7844

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court for the Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendant by third parties that includes a link to said website.

  /s/Yichen Cao/
Yichen Cao
