# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JUNZHOU HUANG<br><br>                 Plaintiff,<br><br>v.<br><br>MyfatBOSS<br><br>                 Defendant. | Case No. 1:24-cv-01562<br><br>**Honorable Jorge L. Alonso**<br>**JURY TRIAL DEMANDED** |

## DECLARATION OF YICHEN CAO

I, Yichen Cao, declare as follows:

1.      I am over the age of 18 years old and not a party to this action. I am fully competent to make this declaration and I have personal knowledge of the facts stated in this declaration. To my knowledge, all of the facts stated in this declaration are true and correct.

2.      I am an attorney at Analects Legal LLC, counsel for Plaintiff Junzhou Huang in this action. I make this declaration as proof that the Summons, Complaint, Motion for Temporary Restraining Order ("TRO"), TRO entered by the Court, and Form to Request to Waive Service were duly served upon Defendants in this action by electronic mail.

3.      On April 10, 2024, I sent an electronic message to the email address associated with the Defendant MyFatBOSS as provided by the Defendant and by Amazon Market Place pursuant to the Temporary Restraining Order entered in this case (Dkt. #10).

4.      Attached to my electronic messages were copies of the Summons, Complaint, Exhibits to the Complaint, Motion for TRO, Exhibits to the Motion for TRO, TRO entered by

the Court, and Form to Request to Waive Service.

5. My April 10, 2024 email also included a link to download the documents as listed in ¶4 above.

6. I did not receive any error or undeliverable address responses from the electronic messages I sent on April 10. 2024.

7. On April 15, 2024, Defendant's counsel from the Law Office of Steven Yuan notified Plaintiff that they represent Defendant in this specific matter. As of today, May 24, 2024, Pacer CM/ECF docket shows that Defendant's counsel have not filed an appearance before this Court.

8. On April 22, 2024, I forwarded a copy of the aforementioned April 10, 2024 electronic message along with all of the attachments to Defendant's counsel.

I declare under penalty of perjury that the forgoing is true and correct.

Date: May 24, 2024                    By: _/s/Yichen Cao/_____
                                           Yichen Cao

                                      **ANALECTS LEGAL LLC**
                                      1212 S Naper Blvd. Suite #119 - PMB 238
                                      Naperville, IL 60540-7349

                                      Yichen Cao, Ph.D., J.D.
                                      Illinois Bar No. 6326669
                                      Email: ycao@analectslegal.com
                                      Tel: 1.630.386.5514

                                      *Attorney for Plaintiff*

2