# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Junzhou Huang

                Plaintiff,

v.                                             Case No.: 1:24–cv–01562

                                                              Honorable Jorge L. Alonso

MyfatBOSS

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 2, 2024:

       MINUTE entry before the Honorable Jorge L. Alonso: Telephonic Motion hearing held. Plaintiff's Motion for entry of default and default judgment [24] is granted. Enter Final Default Judgment Order. Civil case terminated. Notice mailed by Judge#039;s staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.